# EXHIBIT 1

# CERTIFICATION OF MOVANT OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM PURSUANT TO FEDERAL SECURITIES LAW

I, Ginger Sigler, Executive Director of Oklahoma Police Pension and Retirement System ("Oklahoma Police"), hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed a complaint prepared against CVRx Inc. ("CVRx") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Executive Director to initiate litigation and to execute this Certification on behalf of Oklahoma Police.

2. Oklahoma Police did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

3. Oklahoma Police is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Oklahoma Police's transactions in the securities that are the subject of this action are set forth in Exhibit A, appended to this certification. Other than the transactions set forth in Exhibit A, Oklahoma Police has engaged in no transactions during the class period in the securities that are the subject of this action.

5. During the three-year period preceding the date of this certification, Oklahoma Police has sought to serve and was appointed lead plaintiff or a representative party on behalf of a class under the federal securities laws in the following matters:

- *MacMahon v. Stride Inc.*, No. 25-cv-02019 (E.D. Va.);
- *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks Inc.*, No. 24-cv-05102 (N.D. Cal.); and
- *Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings Inc., No.* 24-cv-00282 (D. Idaho).

6. Oklahoma Police has sought to serve as a lead plaintiff or a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either did not file a lead plaintiff motion, withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

- *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Funds v. Kyndryl Holdings Inc.*, No. 26-cv-02211 (S.D.N.Y.)
- *Raby v. Evolv Technologies Holdings Inc.*, 24cv10761 (D. Mass.); and
- *Oklahoma Police Pension & Ret. Sys. v. Shoals Techs. Grp., Inc.,* No. 24-cv-00580 (M.D. Tenn.)

7. Oklahoma Police will not accept any payment for serving as representative party on behalf of the class beyond Oklahoma Police's *pro rata* share of any recovery, except for any award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

8. As Executive Director of Oklahoma Police, I am duly authorized to sign this Certification on behalf of Oklahoma Police.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November, 6 2026.

*Executive Director*
*Oklahoma Police Pension and*
*Retirement System*

# CVRx Inc.
# Common Stock (CUSIP 126638105)
# Exhibit A

**Class Period:** 07/25/23-08/06/26

**Shareholder:** Oklahoma Police Pension and Retirement System

| Trade Date | Transaction | Number of Shares Bought | Number of Shares Sold | Trade Price |
|---|---|---|---|---|
| 11/21/23 | PURCHASES | 4,702 | | $18.6227 |
| 11/22/23 | PURCHASES | 1,806 | | $18.9897 |
| 11/27/23 | PURCHASES | 4,735 | | $20.1479 |
| 11/27/23 | PURCHASES | 6,175 | | $20.1582 |
| 11/28/23 | PURCHASES | 6,206 | | $19.8458 |
| 11/28/23 | PURCHASES | 6,999 | | $20.1761 |
| 01/29/24 | PURCHASES | 10,149 | | $26.1411 |
| 03/01/24 | PURCHASES | 9,255 | | $20.5719 |
| 07/10/24 | SALES | | (19,444) | $7.2370 |
| 07/10/24 | SALES | | (30,583) | $7.0534 |
| 11/04/24 | PURCHASES | 27,702 | | $14.9724 |
| 11/05/24 | PURCHASES | 23,451 | | $15.1909 |
| 12/02/24 | PURCHASES | 13,132 | | $15.3980 |
| 12/02/24 | PURCHASES | 9,134 | | $15.4043 |
| 11/13/25 | PURCHASES | 9,175 | | $8.8900 |
| 11/14/25 | PURCHASES | 5,829 | | $9.1436 |
| 11/17/25 | PURCHASES | 25,849 | | $9.2700 |
| 11/18/25 | PURCHASES | 10,087 | | $9.1958 |
| 11/18/25 | PURCHASES | 5,089 | | $9.1392 |
| 05/15/26 | PURCHASES | 57,195 | | $5.8991 |
| 05/18/26 | PURCHASES | 21,457 | | $5.9718 |
| 08/06/26 | SALES | | (13,054) | $4.4616 |